# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARC PIERRE HALL,

    Petitioner,

v.                                                                   Case No: 5:11-cv-560-Oc-30PRL

WARDEN, FCC COLEMAN - USP I,

    Respondent.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates Petitioner has failed to file an Amended Petition pursuant to this Court's Order (Dkt. #49) issued on January 15, 2015. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2015.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\11-cv-560 dismissal.docx